# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 02-00521SPK-BMK

CASE NAME:        Limu Coalition v. Pfleuger

ATTYS FOR PLA:    David L. Henkin

ATTYS FOR DEFT:   Wesley Ching, Noel Wise by phone, Rachel Moriyama

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 2/28/2006 | TIME: | 9:45 - 10 |

COURT ACTION:  EP: Further Status Conference Re Settlement -
Henkin to submit Settlement Agreement and Consent Decree.
Moriyama to prepare a Stipulation to Consolidate the new complaint with this case.
Parties to notify this court of the publish date of the Consent Decree.

Submitted by Richlyn Young, Courtroom Manager