**ORIGINAL**

DAVID L. HENKIN #6876
ISAAC H. MORIWAKE #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No. (808) 521-6841
email: dhenkin@earthjustice.org

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 09 2006

at _9_ o'clock and _25_ min. _A_M
SUE BEITIA, CLERK

Attorneys for Plaintiffs[*]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIMU COALITION, a Hawai'i non-profit corporation, and KĪLAUEA NEIGHBORHOOD ASSOCIATION, a Hawai'i non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES H. PFLUEGER; PFLUEGER PROPERTIES, a Hawai'i limited partnership; and PILA'A 400, LLC, a Hawai'i limited liability company,<br><br>Defendants. | CIVIL NO. 02-00521 SPK BMK<br><br>STIPULATION RE: CONSOLIDATION; ORDER |

STIPULATION RE: CONSOLIDATION

---

[*] Pursuant to Local Rule 10.2(b), please refer to the signature page for the complete list of parties represented.

WHEREAS, on August 19, 2002, Plaintiffs Limu Coalition and Kīlauea Neighborhood Association filed a Complaint ("Citizens' Suit"), since amended, against Defendants James H. Pflueger, Pflueger Properties LLP, and Pila'a 400, LLC, alleging violations of the federal Clean Water Act, 33 U.S.C. §§ 1251 et seq., associated with Defendants' construction activities on property at Pīla'a, Kaua'i, Hawai'i;

WHEREAS, concurrently with lodging this stipulation, the United States of America, on behalf of the United States Environmental Protection Agency and the State of Hawai'i, on behalf of the Hawai'i Department of Health, filed a Complaint in this Court against Defendants, alleging Clean Water Act violations at Pīla'a similar to those alleged herein, as well as violations under Section 13 of the Rivers and Harbors Act, 33 U.S.C. § 407, and state law ("the Government Suit");

WHEREAS, concurrently with lodging this stipulation, a consent decree was lodged in the Government Suit, and a settlement agreement was lodged herein; and

WHEREAS, consolidating the Citizens' Suit and the Government Suit would aid the efficient and expeditious resolution of these actions;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES that:

1. The Government Suit shall be assigned to Senior United States District Judge Samuel P. King and United States Magistrate Judge Barry M. Kurren; and

2. The Citizens' Suit and the Government Suit shall be consolidated for purposes of the Court's consideration and implementation of the consent decree in the Government Suit and of the settlement agreement herein.

DATED: _____March 1, 2006_____.

        FUKUNAGA MATAYOSHI
         HERSHEY & CHING LLP
        WESLEY H. H. CHING    2896-0
        KATHLEEN M. DOUGLAS  5036-0
        841 Bishop Street
        1200 Davies Pacific Center
        Honolulu, Hawai'i 96813
        Telephone No.: (808) 533-4300
        Fax No.: (808) 531-7585
        Email: whc@fmhc-law.com

By: _____/s/ Wesley H H Ching_____
    Wesley H.H. Ching
    Noel Wise
    Attorneys for Defendants James H. Pflueger,
    Pflueger Properties, and Pila'a 400, LLC

DATED: *February 13, 2006*

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General
        Environment & Natural Resources Division
        U.S. Department of Justice
        Washington, D.C. 20530

        DAVID B. GLAZER
        Senior Counsel
        Natural Resources Section
        San Francisco Field Office
        Environment & Natural Resources Division
        U.S. Department of Justice
        301 Howard Street, Suite 1050
        San Francisco, California 94105
        Telephone No.: (415) 744-6477
        Fax No.: (415) 744-6476
        Email: David.Glazer@usdoj.gov

By: _____
        David B. Glazer
        Attorneys for Plaintiff United States of America

---

Limu Coalition, et al., v. Pflueger, et al., Civ. No. 02-00521 SPK BMK (D. Haw.);
STIPULATION RE: CONSOLIDATION

DATED:     FEB 2 8 2006

           MARK J. BENNETT    #2672
           Attorney General of Hawai'i
           KATHLEEN S. HO     #3424
           Deputy Attorney General
           Department of the Attorney General, State
             of Hawai'i
           465 King Street, Suite 300
           Honolulu, Hawai'i 96813
           Telephone No.: (808) 587-3050
           Fax No.: (808) 587-3077
           Email: Kathleen.S.Ho@hawaii.gov

By: _____
      Kathleen S Ho
      Attorneys for Plaintiff Hawai'i Department
      of Health Services

DATED:     MARCH 8, 2006

           EARTHJUSTICE
           223 South King Street, Suite 400
           Honolulu, Hawai'i 96813

By: _____
      David L. Henkin
      Attorneys for Plaintiffs Limu Coalition and
      Kīlauea Neighborhood Association

---

Limu Coalition, et al., v. Pflueger, et al., Civ. No. 02-00521 SPK BMK (D. Haw.);
STIPULATION RE: CONSOLIDATION

5

APPROVED AND SO ORDERED.

DATED:

_____
HELEN GILLMOR
CHIEF UNITED STATES DISTRICT JUDGE

---

Limu Coalition, et al., v. Pflueger, et al., Civ. No. 02-00521 SPK BMK (D. Haw.);
STIPULATION RE: CONSOLIDATION; ORDER