# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/19/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00521SPK-BMK AND CV 06-00140SPK-BMK |
| CASE NAME: | Limu Coalition v. Pfleuger<br>USA v. Pfleuger |
| ATTYS FOR PLA: | David L. Henkin<br>David B. Glazer and Laurie Kermish by phone, Lisa M. Ginoza, Kathleen S. Ho |
| ATTYS FOR DEFT: | Wesley Ching, Noel Wise by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 5/19/2006 | TIME: | 10:55 - 11:40 |

COURT ACTION:  EP: Status Conference Re Settlement - By noon on 5-26-06, the USA and the State to file Motion to Have the Consent Decree entered. . Memorandum in Opposition due 6-5-06, Reply to Opposition due 6-9-06.  Hearing set for 6-16-06 @ 2 p.m., BMK.

Submitted by Richlyn Young, Courtroom Manager