UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 26, 2006

TO ALL COUNSEL OF RECORD

Re:   Notice, Consent, and Order of Reference filed in Consolidated Cases:

CIVIL 02-00521SPK-BMK
Limu Coalition, et al. vs. James H. Pflueger, et al.

CIVIL 06-00140SPK-BMK
United States of America, et al. vs. James H. Pflueger, et al.

Dear Counsel:

Pursuant to consent of the parties to proceed before a United States Magistrate Judge, the above case has been referred to U.S. Magistrate Judge Barry M. Kurren. . Please reflect case number **CV. 02-00521BMK** and case number **CV. 06-00140BMK** on all further pleadings.

Sincerely Yours,

SUE BEITIA, CLERK

by:  /s/ *Anna F. Chang*
Anna F. Chang, Deputy Clerk

encl.