

**ORIGINAL**

MARK J. BENNETT #2672
ATTORNEY GENERAL OF HAWAI'I

LISA M. GINOZA #5154
FIRST DEPUTY ATTORNEY GENERAL
KATHLEEN HO #3424
DEPUTY ATTORNEY GENERAL
Department of the Attorney
General, State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Telephone: (808) 586-1500
Facsimile No.: (808) 586-1239
Email:  lisa.m.ginoza@hawaii.gov
          kathleen.s.ho@hawaii.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 6 2006

at \_\_ o'clock and \_\_ min. \_\_
SUE BEITIA, CLERK

Attorney for Department of Health,
State of Hawai'i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, and DEPARTMENT OF HEALTH, STATE OF HAWAI'I, <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILA`A 400 LLC, <br><br> Defendants. | CIVIL NO. 06-00140 SPK BMK <br><br> PLAINTIFF DEPARTMENT OF HEALTH, STATE OF HAWAII'S JOINDER IN PLAINTIFF UNITED STATES OF AMERICA'S MOTION TO ENTER CONSENT DECREE AND PLAINTIFF'S JOINT [PROPOSED] ORDER APPROVING ENTRY OF CONSENT DECREE FILED MAY 26, 2006; CERTIFICATE OF SERVICE <br><br> DATE:  June 16, 2006 <br> TIME:  2:00 p.m. <br> JUDGE: Honorable Barry M. Kurren |

PLAINTIFF DEPARTMENT OF HEALTH, STATE OF HAWAII'S JOINDER IN PLAINTIFF UNITED STATES OF AMERICA'S MOTION TO ENTER CONSENT DECREE AND PLAINTIFF'S JOINT [PROPOSED] ORDER APPROVING ENTRY OF CONSENT DECREE FILED MAY 26, 2006

Plaintiff Department of Health, State of Hawai'i ("DOH"), by and through its attorney, hereby joins in Plaintiff United States of America's Motion to Enter Consent Decree filed May 26, 2006 and specifically the Plaintiff's Joint [Proposed] Order Approving Entry of Consent Decree. This motion is based on Local Rule 7.9 of the United States District Court for the District of Hawaii.

DATED: Honolulu, Hawai'i, May 26, 2006.

_____
MARK J. BENNETT
ATTORNEY GENERAL
LISA M. GINOZA
FIRST DEPUTY ATTORNEY GENERAL
KATHLEEN S. HO
DEPUTY ATTORNEY GENERAL

Attorneys for Department of Health,
State of Hawai'i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and DEPARTMENT OF HEALTH, STATE OF HAWAI'I, | ) ) ) ) | CIVIL NO. 06-00140 SPK BMK CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILA`A 400 LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on this date, on the following parties via facsimile and by U.S. Mail, First Class postage prepaid addressed as follows:

SUE ELLEN WOOLDRIDGE, ESQ.          FAX NO. (415) 744-6476
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C.  20530

DAVID B. GLAZER, ESQ.          FAX NO. (415) 744-6476
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105

LAURIE KERMISH, ESQ.  FAX NO. (415) 744-6476
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105

Attorney for Plaintiff United States of America


LANI D.H. NAKAZAWA, ESQ.  FAX NO. (808) 241-6319
County of Kauai
4444 Rice Street, Suite 220
Lihue, Hawai'i 96766

Attorney for the County of Kauai


DAVID L. HENKIN, ESQ.  FAX NO. 521-6841
Earthjustice
223 South King Street
Suite 400
Honolulu, Hawai'i 96813

Attorney for Plaintiffs in Limu Coalition et al. v. James H. Pflueger, et al. Civil No. 02-00521 SPK/BMK


WESLEY H.H. CHING, ESQ.  FAX NO. 531-7585
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center
Suite 1200
841 Bishop Street
Honolulu, Hawai'i 96813

Attorney for Defendants

NOEL WISE, ESQ.  FAX NO. 531-7585
c/o Wesley H.H. Ching, Esq.
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Defendants

Dated: Honolulu, Hawai'i May 26, 2006.

_____
MARK J. BENNETT
ATTORNEY GENERAL
LISA M. GINOZA
FIRST DEPUTY ATTORNEY GENERAL
KATHLEEN S. HO
DEPUTY ATTORNEY GENERAL

Attorneys for Department of Health,
State of Hawai'i