DAVID L. HENKIN          #6876
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawaiʻi 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorneys for Plaintiffs Limu Coalition
and Kīlauea Neighborhood Association

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| LIMU COALITION; and KĪLAUEA NEIGHBORHOOD ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILAʻA 400, LLC, <br><br> Defendants. <br> _____ | CIVIL NO. 02-00521 BMK |
| UNITED STATES OF AMERICA; and DEPARTMENT OF HEALTH, STATE OF HAWAIʻI, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILAʻA 400, LLC, <br><br> Defendants. <br> _____ | CIVIL NO. 06-00140 BMK <br><br> PLAINTIFFS LIMU COALITION AND KĪLAUEA NEIGHBORHOOD ASSOCIATION'S JOINDER IN PLAINTIFF UNITED STATES OF AMERICA'S MOTION TO ENTER CONSENT DECREE; CERTIFICATE OF SERVICE <br><br> Date:   June 16, 2006 <br> Time:   2:00 p.m. <br> Judge:  Honorable Barry M. Kurren |

PLAINTIFFS LIMU COALITION AND KĪLAUEA
NEIGHBORHOOD ASSOCIATION'S JOINDER IN PLAINTIFF UNITED
STATES OF AMERICA'S MOTION TO ENTER CONSENT DECREE

Pursuant to Local Rule 7.9 of the United States District Court for the

District of Hawai'i, plaintiffs Limu Coalition and Kīlauea Neighborhood

Association (collectively, "the Citizens") hereby join in the Motion to Enter

Consent Decree filed by plaintiff United States of America on May 26, 2006

in United States, et al., v. Pflueger, et al., Civil No. 06-00140 BMK (D.

Haw.) ("the Government Suit").  The public interest strongly favors prompt

entry of the Consent Decree that the parties lodged in the Government Suit

on March 9, 2006, since vital remediation and ecosystem restoration

activities at Pīla'a cannot proceed unless and until the decree is entered.  See

Consent Decree at ¶ 20 (remedial work authorized pursuant to Nationwide

Permit 32); see also 67 Fed. Reg. 2,020, 2,084 (Jan. 15, 2002) (Nationwide

Permit 32 authorizes "discharge of dredged or fill material … undertaken for

mitigation, restoration, or environmental benefit in compliance with … [t]he

terms of a … consent decree … resulting from an enforcement action

brought by the U.S.").  Due to the need to undertake these activities prior to

the onset of the next rainy season, the Citizens urge the Court to enter the

Consent Decree immediately.  See Consent Decree at app. I.

The Citizens also support entry of the consent decree because it would

trigger defendants James H. Pflueger, Pflueger Properties LLP, and Pila'a

2

400, LLC's obligations under the Settlement Agreement and Order lodged on March 9, 2006 in <u>Limu Coalition, et al., v. Pflueger, et al.</u>, Civil No. 02-00521 BMK (D. Haw.).  The environmental projects required pursuant to the Settlement Agreement would substantially benefit the public by:  (1) funding the purchase, operation, and support of a mobile water quality laboratory that would improve the community's capacity to detect and respond to incidents involving water contamination; and (2) requiring the restoration of the ocean view from Kūhiō Highway.  <u>See</u> Settlement Agreement at ¶¶ 3-5.

The Citizens take no position with respect to whether, in addition to signing and entering the Consent Decree and the Settlement Agreement, the Court should enter the Proposed Order that the United States submitted with its moving papers.

DATED at Honolulu, Hawai'i, May 31, 2006.

EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813


By:    ____/s/ David L. Henkin_____
David L. Henkin
Attorneys for Plaintiffs Limu
Coalition and Kīlauea Neighborhood
Association

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 31, 2006, a true and correct copy of the foregoing was served by the methods of service noted below on the following at their last known addresses:

Served electronically through CM/ECF:

Wesley H.H. Ching          whc@fmhc-law.com
Kathleen M. Douglas        kmd@fmhc-law.com

Attorneys for Defendants


David B. Glazer            david.glazer@usdoj.gov
Rachel S. Moriyama         rachel.moriyama@usdoj.gov

Attorneys for Plaintiff United States of America


Served by first class U.S. mail and electronically:

Noel Wise
1216 Bay Street
Alameda, CA 94501
noelwise@noelwise.com

Attorney for Defendants


Lisa M. Ginoza
First Deputy Attorney General
Department of the Attorney
General, State of Hawai'i
425 Queen Street
Honolulu, Hawai'i  96813
lisa.m.ginoza@hawaii.gov

Attorney for Plaintiff State of Hawai'i

Lani D.H. Nakazawa
Office of the County Attorney
County of Kaua'i
444 Rice Street, Suite 220
Lihu'e, Hawai'i 96766
lnakazawa@kauai.gov

Attorney for County of Kaua'i

DATED:  Honolulu, Hawai'i, May 31, 2006.


_____/s/ David L. Henkin_____
David L. Henkin
Attorney for Plaintiffs