DAVID L. HENKIN          #6876
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org
Attorneys for Plaintiffs Limu Coalition
and Kīlauea Neighborhood Association

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIMU COALITION; and KĪLAUEA NEIGHBORHOOD ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILA'A 400, LLC,<br><br>Defendants.<br>_____ | ) CIVIL NO. 02-00521 BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| UNITED STATES OF AMERICA; and DEPARTMENT OF HEALTH, STATE OF HAWAI'I,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILA'A 400, LLC,<br><br>Defendants.<br>_____ | CIVIL NO. 06-00140 BMK<br><br>PLAINTIFFS LIMU COALITION AND KĪLAUEA NEIGHBORHOOD ASSOCIATION'S REPLY RE: PLAINTIFF UNITED STATES OF AMERICA'S MOTION TO ENTER CONSENT DECREE; CERTIFICATE OF SERVICE<br><br>Date:   June 16, 2006<br>Time:   2:30 p.m.<br>Judge:  Honorable Barry M. Kurren |

PLAINTIFFS LIMU COALITION AND KĪLAUEA NEIGHBORHOOD
ASSOCIATION'S REPLY RE:  PLAINTIFF UNITED
<u>STATES OF AMERICA'S MOTION TO ENTER CONSENT DECREE</u>

Pursuant to Local Rule 7.9 of the United States District Court for the

District of Hawai'i, Plaintiffs Limu Coalition and Kīlauea Neighborhood

Association (collectively, "the Citizens") reply to those aspects of

Defendants James H. Pflueger, Pflueger Properties, and Pila'a 400, LLC's

June 5, 2006 Memorandum in Opposition to Plaintiffs' Joint [Proposed]

Order Approving Entry of Consent Decree that address matters unique to the

Citizens.  Specifically, the Citizens respond to Defendants' suggestion that

entry of the Consent Decree would affect claims the Citizens may have with

respect to Kaloko Reservoir.

To rebut the United States' and State of Hawai'i's (collectively, "the

Government Plaintiffs'") argument the Consent Decree does not release non-

water pollution claims regarding Kaloko Reservoir, defendants highlight the

following language from the decree:

> Together with the Settlement Agreement and Order in Limu
> Coalition, et al. v. Pflueger, et al., Civil No. 02-00521 SPK
> BMK (D. Haw.), this Consent Decree **resolves the claims set
> forth in the Citizen's** [sic] **complaint through the date of
> lodging,** together with **certain other claims.**

Defs' Memorandum at 9 (quoting Consent Decree at ¶ 76) (emphasis in

Defs' Memorandum).  Defendants' reliance on this language is misplaced,

since the Citizens' lawsuit focused solely on Defendants' activities at Pīla'a

makai of Kūhiō Highway.  <u>See</u> 6/3/03 Citizens' Fourth Amended Complaint.

Unlike the Government Plaintiffs, the Citizens did not allege any claims,

Clean Water Act or other, involving Defendants' entirely separate activities

at Kaloko Reservoir, which lies far mauka of Kūhiō Highway.  The Consent

Decree's discussion of the Citizens' lawsuit has no relevance to determining

which of the Government Plaintiffs' claims related to Kaloko Reservoir the

decree will resolve.  <u>See</u> Consent Decree at ¶ 76 (separately discussing

which of the Government Plaintiffs' civil claims are resolved).

Review of the Settlement Agreement and Order lodged on March 9,

2006 ("Agreement") confirms that entry of the Consent Decree will not

affect any claims the Citizens may have regarding activities at Kaloko.

Paragraph 2 states:

> This Agreement, together with the Consent Decree, resolves
> Plaintiffs' claims alleged in the Citizens' Suit, through the date
> of lodging, as well as <u>any pendent claims related to Defendants'</u>
> <u>construction activities at Pīla'a</u>, through the date of lodging,
> that Plaintiffs could have raised herein.

(Emphasis added).  The Agreement thus identifies the scope of the "certain other claims" that entry of the Consent Decree and the Agreement will resolve, limiting them to pendent claims related to Defendants' activities at Pīlaʻa, not Kaloko.  Consent Decree at ¶ 76; see Federal Sav. and Loan Ins. Corp. v. Ferrante, 364 F.3d 1037, 1039 (9th Cir. 2004) (no supplemental jurisdiction over non-federal claim that "forms no part of the case or controversy underlying the [federal] action"); Ruud v. U.S. Dep't of Labor, 347 F.3d 1086, 1089 n.3 (9th Cir. 2003) (for pendent jurisdiction, non-federal claims must be "so related to claims in the action within [the district court's] original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution") (quoting 28 U.S.C. § 1367(a); bracketed language in Ruud).

The Citizens take no position regarding whether the Court should enter either of the proposed orders that the Government Plaintiffs and Defendants have submitted with their respective papers.  Regardless of the Court's decision regarding the proposed orders, the Citizens urge the Court promptly to sign and enter the Consent Decree, a course of action that all parties to the consolidated proceedings support.  The Citizens also seek entry of the Agreement.

DATED at Honolulu, Hawai'i, June 9, 2006.

EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813


By:    /s/ David L. Henkin
David L. Henkin
Attorneys for Plaintiffs Limu
Coalition and Kīlauea Neighborhood
Association

---

Limu Coalition, et al., v. Pflueger, et al., Civil No. 02-00521 BMK (D. Haw.); United States, et al., v. Pflueger, et al., Civil No. 06-00140 BMK (D. Haw.); PLAINTIFFS LIMU COALITION AND KĪLAUEA NEIGHBORHOOD ASSOCIATION'S REPLY RE: PLAINTIFF UNITED STATES OF AMERICA'S MOTION TO ENTER CONSENT DECREE

CERTIFICATE OF SERVICE

I hereby certify that, on June 9, 2006, a true and correct copy of the

foregoing was served by the methods of service noted below on the following at

their last known addresses:

Served electronically through CM/ECF:

      Wesley H.H. Ching     whc@fmhc-law.com
      Kathleen M. Douglas    kmd@fmhc-law.com
      Attorneys for Defendants

      David B. Glazer      david.glazer@usdoj.gov
      Rachel S. Moriyama    rachel.moriyama@usdoj.gov
      Attorneys for Plaintiff United States of America

Served by first class U.S. mail and electronically:

      Noel Wise
      1216 Bay Street
      Alameda, CA 94501
      noelwise@noelwise.com
      Attorney for Defendants

      Lisa M. Ginoza
      First Deputy Attorney General
      Department of the Attorney
      General, State of Hawai'i
      425 Queen Street
      Honolulu, Hawai'i  96813
      lisa.m.ginoza@hawaii.gov
      Attorney for Plaintiff State of Hawai'i

Lani D.H. Nakazawa
Office of the County Attorney
County of Kaua'i
444 Rice Street, Suite 220
Lihu'e, Hawai'i 96766
lnakazawa@kauai.gov
Attorney for County of Kaua'i


DATED:  Honolulu, Hawai'i, June 9, 2006.


_____/s/ David L. Henkin_____
David L. Henkin
Attorney for Plaintiffs

2