SUE ELLEN WOOLDRIDGE
  Assistant Attorney General
  Environment and Natural Resources
    Division
  United States Department of Justice
  Washington, D.C.  20530
DAVID B. GLAZER
  Environment and Natural Resources
    Division
  United States Department of Justice
  301 Howard Street, Suite 1050
  San Francisco, California  94105
  Telephone: (415) 744-6491
  Facsimile: (415) 744-6476
EDWARD H. KUBO, JR.  2499
  United States Attorney
  District of Hawai`i
RACHEL MORIYAMA  3802
  Assistant United States Attorney
  Room 6-100, PJKK Federal Building
  300 Ala Moana Boulevard
  Honolulu, Hawai`i  96850
  Telephone: (808) 541-2850
  Facsimile: (808) 541-2958

Attorneys for Plaintiffs United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA, and DEPARTMENT OF HEALTH, STATE OF HAWAI`I<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>JAMES H. PFLUEGER; PFLUEGER PROPERTIES; AND PILA`A 400 LLC,<br><br>　　　　Defendants. | NO. CV 06-00140 SPK BMK<br><br>PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO ENTER CONSENT DECREE<br><br>Date:  June 16, 2006<br>Time:  2:00 p.m.<br><br>Hon. Barry M. Kurren<br>Courtroom No. C6 |

　　　　Plaintiff United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), hereby moves the Court to enter the Consent Decree lodged in this case on March 9, 2006.  Pursuant to the Court's Minute Order of May 19, 2006, a

hearing on the motion is scheduled for June 16, 2006, at 2:00 p.m., before the Hon. Barry M. Kurren.

In support of its motion, the United States submits the accompanying Memorandum of Law and Declaration of David B. Glazer.  A Proposed Order is also submitted herewith, jointly with plaintiff State of California.

Dated:  May 26, 2006			Respectfully submitted,

						SUE ELLEN WOOLDRIDGE
						Assistant Attorney General
						Environment and Natural resources
						    Division
						United States Department of Justice
						Washington, D.C.  20530


						/S/DAVID B. GLAZER
						DAVID B. GLAZER
						Natural Resources Section
						Environment and Natural Resources
						    Division
						United States Department of Justice
						301 Howard Street, Suite 1050
						San Francisco, California  94105
						Telephone:  (415) 744-6491
						Facsimile:  (415) 744-6476


OF COUNSEL:

Laurie Kermish, Esq.
Assistant Regional Counsel
U.S. Environmental Protection Agency
    Region 9
75 Hawthorne Street
San Francisco, California  94105

CERTIFICATE OF SERVICE

I hereby certify that, on May 26, 2006, by the methods of service noted below, a true and correct copy of the foregoing was served on the following:

Served Electronically through CM/ECF:

    Wesley H.H. Ching
    Fukunaga Matayoshi Hershey & Ching

    Attorney for Defendants

    David L. Henkin
    Earthjustice

    Attorney for Plaintiffs in *Limu Coalition et al. v. James H. Pflueger, et al.*, No. CV 02-00521 SPK BMK

Served Electronically to E-mail Account, by permission:

    Lisa M. Ginoza
    Deputy Attorney General
    lisa.m.ginoza@hawaii.gov

    Attorney for Plaintiff State of Hawai`i

    Lani D. H. Nakazawa
    County Attorney
    Office of the County Attorney
    County of Kaua`i
    444 Rice Street, Suite 220
    Lihu`e, Hawai`i  96766
    lnakazawa@kauai.gov

    Attorney for the County of Kaua`i

    Noel Wise
    noelwise@noelwise.com

    Attorney for Defendants

Dated:  May 26, 2006            /S/DAVID B. GLAZER
                                    DAVID B. GLAZER