Of Counsel:
FUKUNAGA, MATAYOSHI, HERSHEY & CHING

WESLEY H. H. CHING           2896-0
KATHLEEN M. DOUGLAS       5036-0
841 Bishop Street
1200 Davies Pacific Center
Honolulu, Hawaii 96813
Telephone: (808) 533-4300

Attorneys for Defendants
JAMES H. PFLUEGER, PFLUEGER
PROPERTIES and PILA`A 400, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA, and DEPARTMENT OF HEALTH, STATE OF HAWAII,<br><br>            Plaintiffs,<br><br>   vs.<br><br>JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILAA 400 LLC,<br><br>            Defendants. | CIVIL NO. CV 02-00521 SPK BMK<br><br>DEFENDANTS JAMES H. PFLUEGER, PFLUEGER PROPERTIES, AND PILA'A 400, LLC'S PROPOSED ORDER APPROVING ENTRY OF CONSENT DECREE |
| LIMU COALITION, a Hawai`i non-profit corporation, and KĪLAUEA NEIGHBORHOOD ASSOCIATION, a Hawai`i non-profit corporation,<br><br>            Plaintiffs,<br><br>   vs. | CIVIL NO. 06-00140 BMK |

| | |
|---|---|
| JAMES H. PFLUEGER; PFLUEGER PROPERTIES LP, a Hawaii limited partnership; and PILAA 400 LLC, a Hawaii limited liability corporation,<br><br>            Defendants. | Date:  June 16, 2006<br>Time: 2:00 p.m.<br><br>Honorable Barry M. Kurren |

### DEFENDANTS JAMES H. PFLUEGER, PFLUEGER PROPERTIES, AND PILA`A 400, LLC'S PROPOSED ORDER APPROVING ENTRY OF CONSENT DECREE

Upon consideration of Plaintiff United of America Motion to Enter Consent Decree and the joinder therein of the State of Hawaii, the Limu Coalition, the Kilauea Neighborhood Association and upon James H. Pflueger, Pflueger Properties, and Pila'a 400, LLC request to enter Consent Decree, good cause having been shown, it is hereby ORDERED that;

The Consent Decree is approved and shall hereby be entered as a judgment of this Court.


Dated:_____                    _____
                                                 HON. BARRY M. KURREN
                                                 UNITED STATES MAGISTRATE JUDGE