SUE ELLEN WOOLDRIDGE
  Assistant Attorney General
  Environment and Natural Resources
      Division
  United States Department of Justice
  Washington, D.C.  20530
DAVID B. GLAZER
  Environment and Natural Resources
      Division
  United States Department of Justice
  301 Howard Street, Suite 1050
  San Francisco, California  94105
  Telephone: (415) 744-6491
  Facsimile: (415) 744-6476
EDWARD H. KUBO, JR.  2499
  United States Attorney
  District of Hawai`i
RACHEL MORIYAMA  3802
  Assistant United States Attorney
  Room 6-100, PJKK Federal Building
  300 Ala Moana Boulevard
  Honolulu, Hawai`i  96850
  Telephone: (808) 541-2850
  Facsimile: (808) 541-2958
MARK S. BENNETT  2672
  Attorney General
KATHLEEN S. HO  3424
  Deputy Attorney General
  Office of the Attorney General
  465 South King Street, Room 200
  Honolulu, Hawai`i  96813
  Telephone: (808) 587-3062
  Facsimile: (808) 587-3077

Attorneys for Plaintiffs United States and State of Hawai`i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA, and DEPARTMENT OF HEALTH, STATE OF HAWAI`I | NO. CV 06-00140 SPK BMK |
| Plaintiffs, | DECLARATION OF DAVID B. GLAZER SUBMITTED IN SUPPORT OF THE UNITED STATES OF AMERICA'S |
| v. | MOTION TO ENTER CONSENT DECREE |
| JAMES H. PFLUEGER; PFLUEGER PROPERTIES; AND PILA`A 400 LLC, | Date:  June 16, 2006 Time:  2:00 p.m. |
| Defendants. | Hon. Barry M. Kurren Courtroom No. C6 |

I, David B. Glazer, hereby declare as follows:

1.    I am attorney of record for Plaintiff United States of America in the above-captioned matter.

2.    Attached as Attachment 1 hereto is a comment letter received by the Department of Justice on April 6, 2006, submitted by Moses K. N. Haia III of the Native Hawaiian Legal Corporation, on behalf of Carlos and Makali`i Andrade.

3.    Attached as Attachment 2 hereto is a comment letter received on May 5, 2006, from Ms. Christiane Lucas, a beneficiary of the Mary N. Lucas Trust.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 26th day of May, 2006, in the City and County of San Francisco, California.

/s/DAVID B. GLAZER
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources
    Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone:  (415) 744-6491
Facsimile:  (415) 744-6476

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 26, 2006, by the methods of service noted below, a true and correct copy of the foregoing was served on the following:


<u>Served Electronically through CM/ECF</u>:

Wesley H.H. Ching
Fukunaga Matayoshi Hershey & Ching

Attorney for Defendants


David L. Henkin
Earthjustice

Attorney for Plaintiffs in *Limu Coalition et al. v. James H. Pflueger, et al.*, No. CV 02-00521 SPK BMK


<u>Served Electronically to E-mail Account, by permission</u>:

Lisa M. Ginoza
Deputy Attorney General
lisa.m.ginoza@hawaii.gov

Attorney for Plaintiff State of Hawai`i


Lani D. H. Nakazawa
County Attorney
Office of the County Attorney
County of Kaua`i
444 Rice Street, Suite 220
Lihu`e, Hawai`i  96766
lnakazawa@kauai.gov

Attorney for the County of Kaua`i


Noel Wise
noelwise@noelwise.com

Attorney for Defendants


Dated:  May 26, 2006            /S/DAVID B. GLAZER
                                DAVID B. GLAZER