SUE ELLEN WOOLDRIDGE
  Assistant Attorney General
  Environment and Natural Resources
      Division
  United States Department of Justice
  Washington, D.C.  20530
DAVID B. GLAZER
  Environment and Natural Resources
      Division
  United States Department of Justice
  301 Howard Street, Suite 1050
  San Francisco, California  94105
  Telephone: (415) 744-6491
  Facsimile: (415) 744-6476
EDWARD H. KUBO, JR.  2499
  United States Attorney
  District of Hawai`i
RACHEL MORIYAMA  3802
  Assistant United States Attorney
  Room 6-100, PJKK Federal Building
  300 Ala Moana Boulevard
  Honolulu, Hawai`i  96850
  Telephone: (808) 541-2850
  Facsimile: (808) 541-2958
MARK S. BENNETT  2672
  Attorney General
KATHLEEN S. HO  3424
  Deputy Attorney General
  Office of the Attorney General
  465 South King Street, Room 200
  Honolulu, Hawai`i  96813
  Telephone: (808) 587-3062
  Facsimile: (808) 587-3077

Attorneys for Plaintiffs United States and State of Hawai`i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA, and DEPARTMENT OF HEALTH, STATE OF HAWAI`I,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>JAMES H. PFLUEGER; PFLUEGER PROPERTIES; AND PILA`A 400 LLC,<br>　　　　Defendants. | NO.  CV 06-00140 SPK BMK<br><br>PLAINTIFFS' JOINT [PROPOSED] ORDER APPROVING ENTRY OF CONSENT DECREE<br><br>Date:  June 16, 2006<br>Time:  2:00 p.m.<br><br>Hon. Barry M. Kurren<br>Courtroom No. C6 |

Upon consideration of Plaintiff United States of America's Motion to Enter Consent Decree and the joinder therein of the State of Hawai`i, good cause having been shown, it is hereby ORDERED that

1.  The Consent Decree is approved and shall be entered as a judgment of the Court herewith; and

2.  Nothing in the Consent Decree shall be deemed (1) any admission of fault or liability of any kind or nature whatsoever, or (2) any release of or waiver of any: non-water pollution claims or defenses of any kind or nature whatsoever with regard to or concerning the Kaloko Reservoir breach of March 14, 2006, and/or any loss of or damage to life or property, caused by, flowing from, or relating to the Kaloko Reservoir breach of March 14, 2006.

Dated: _____                  _____
                                      HON. BARRY M. KURREN
                                      UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

I hereby certify that, on May 26, 2006, by the methods of service noted below, a true and correct copy of the foregoing was served on the following:

Served Electronically through CM/ECF:

    Wesley H.H. Ching
    Fukunaga Matayoshi Hershey & Ching

    Attorney for Defendants


    David L. Henkin
    Earthjustice

    Attorney for Plaintiffs in *Limu Coalition et al. v. James H. Pflueger, et al.*, No. CV 02-00521 SPK BMK


Served Electronically to E-mail Account, by permission:

    Lisa M. Ginoza
    Deputy Attorney General
    lisa.m.ginoza@hawaii.gov

    Attorney for Plaintiff State of Hawai`i


    Lani D. H. Nakazawa
    County Attorney
    Office of the County Attorney
    County of Kaua`i
    444 Rice Street, Suite 220
    Lihu`e, Hawai`i  96766
    lnakazawa@kauai.gov

    Attorney for the County of Kaua`i


    Noel Wise
    noelwise@noelwise.com

    Attorney for Defendants


Dated:  May 26, 2006              /S/DAVID B. GLAZER
                                       DAVID B. GLAZER