IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and DEPARTMENT OF HEALTH, STATE OF HAWAII, | ) ) ) ) | CIVIL NO. CV 02-00521 SPK BMK |
| Plaintiffs, | ) ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILAA 400 LLC, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| LIMU COALITION, a Hawai'I non-profit corporation, and KĪLAUEA NEIGHBORHOOD ASSOCIATION, a Hawai'I non-profit corporation, | ) ) ) ) ) | CIVIL NO. 06-00140 BMK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| JAMES H. PFLUEGER; PFLUEGER PROPERTIES LP, a Hawaii limited partnership; and PILAA 400 LLC, a Hawaii limited liability corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on June 5, 2006, by the methods of service noted below, a true and correct copy of the foregoing was served on the following:

Served Electronically Through CM/ECF:

    David B. Glazer        david.glazer@usdoj.gov
    Rachel S. Moriyama    rachel.moriyama@usdoj.gov

    Attorneys for Plaintiff United States of America

    Lisa M. Ginoza         lisa.m.ginoza@hawaii.gov

    Attorney for Plaintiff State of Hawaii

    David L. Henkin       dhenkin@earthjustice.org

    Attorney for Plaintiffs in *Limu Coalition et al. v. James H. Pflueger, et al.*, No. CV 02-00521 SPK BMK

Served By Via Facsimile and US Mail:

    Laurie Kermish        Fax No. 415-744-6476
    Assistant Regional Counsel
    US Environmental Protection Agency
    Region 9
    75 Hawthorne Street
    San Francisco, California 94105

    Attorney for Plaintiff United States of America

    Sue Ellen Wooldridge    Fax. No. 415-744-6476
    Assistant Attorney General
    Environmental and Natural Resources Division
    United States Department of Justice
    Washington, D.C. 20530

    Attorney for Plaintiff United States of America

Kathleen S.Y. Ho                Fax No. 808-586-1239
Deputy Attorney General
Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813

Attorney for Plaintiff State of Hawaii


Lani D. H. Nakazawa            Fax No. 808-241-6319
County of Kauai
4444 Rice Street, Suite 220
Lihue, Hawaii 96766

Attorney for the County of Kauai


Dated: June 5, 2006                    /s/ WESLEY H. H. CHING
                                       WESLEY H. H. CHING