# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00521BMK AND CV 06-00140BMK |
| CASE NAME: | Limu Coalition v. Pfleuger<br>USA v. Pfleuger |
| ATTYS FOR PLA: | David L. Henkin |
| ATTYS FOR DEFT: | Wesley Ching, Noel Wise, Kathleen S.Y. Ho, David B. Glazer, Laurie Kermish by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 6/16/2006 | TIME: | 2:32 - 3:03 |

COURT ACTION:  EP: Plaintiff United States of America's Motion to Enter Consent Decree - GRANTED.  Court to prepare the order and sign the Consent Decree.

Submitted by Richlyn Young, Courtroom Manager