IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LIMU COALITION; and KĪLAUEA NEIGHBORHOOD ASSOCIATION, | ) ) ) ) | CV. NO. 02-00521 BMK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILA`A 400, LLC, | ) ) ) ) | |
| Defendants. _____ | ) ) ) | |
| UNITED STATES OF AMERICA; and DEPARTMENT OF HEALTH, STATE OF HAWAI`I, | ) ) ) ) | CV. NO. 06-00140 BMK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILA`A 400, LLC, _____ | ) ) ) ) ) | |

ORDER APPROVING ENTRY OF CONSENT DECREE

Upon consideration of Plaintiff United States of America's Motion to

Enter Consent Decree and the joinder therein of the State of Hawaii, the Limu

Coalition, the Kilauea Neighborhood Association and upon the request of James H.

Pflueger, Pflueger Properties, and Pila`a 400, LLC; to enter Consent Decree and good cause having been shown, it is hereby ORDERED that;

The Consent Decree is approved and shall hereby be entered as a judgment of this Court.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: June 16, 2006

LIMU COALITION, ET AL. V. JAMES H. PFLUEGER, ET AL.; CV. NO. 02-00521 BMK & CV. NO. 06-00140 BMK; ORDER APPROVING ENTRY OF CONSENT DECREE.