REMOVE EXISTING TREE
END BARBED WIRE FENCE
TEMPORARY ROCK CHECK DAM. SEE DETAIL SHEET C-4.
30' MINIMUM
TEMPORARY SILT FENCE. SEE DETAIL SHEET C-4.
REMOVE ALL SHRUBS WITHIN THIS BOUNDARY
REMOVE EXISTING SHRUBS
TEMPORARY ROAD ACCESS. APPLY LAYER OF 1 1/2" GRAVEL OVER TEMPORARY ROAD ACCESS.
REMOVE EXISTING KUKUI TREES
KUKUI TREES TO REMAIN IN PLACE
REMOVE EXISTING TREES
RIGHT-OF-WAY
NEW 4-WIRE BARBED WIRE FENCE
LIMIT OF GRADING
CONNECT BARBED WIRE FENCE TO EXISTING GATE POST
PILA'A 400 PROPERTY LINE
LEGEND
CONSTRUCTION SEQUENCE AND BEST MANAGEMENT PRACTICES:
1. CONSTRUCT ALL EROSION CONTROL FEATURES, INCLUDING TEMPORARY ROCK CHECK DAM AND TEMPORARY SILT FENCES.
2. CONSTRUCT TEMPORARY ROAD ACCESS WITH GRAVEL COVERING.
3. PERFORM GRADING TO REMOVE EXISTING BERM. REMOVE EXISTING TREES AS INDICATED.
4. INSTALL NORTH AMERICAN GREEN C125 EROSION CONTROL MATTING OVER ENTIRE GRADED AREA.
5. HYDROMULCH/GRASS ENTIRE GRADED AREA. PROVIDE TEMPORARY IRRIGATION.
6. ALLOW 150-DAY GROW-IN PERIOD.
NOTES:
1. EROSION CONTROL STRUCTURES SHALL REMAIN IN-PLACE UNTIL STABILIZATION HAS OCCURRED.
2. GRADING WORK TO BE PERFORMED ON DRY (NON-RAINING) DAYS.
3. UPON REMOVAL OF EROSION CONTROL STRUCTURES, CARE SHALL BE TAKEN TO PREVENT SOIL DISTURBANCE. IF SOIL MUST BE MOVED, DO NOT ALLOW SOIL TO ENTER STATE WATERS.
NORTH
SITE, GRADING AND EROSION CONTROL PLAN
SCALE: 1"=20'
OCTOBER 31, 2006
APRIL 30, 2008
LICENSED PROFESSIONAL ENGINEER
PILA'A 400, LLC
1450 South Beretania Street
Honolulu, Hawaii 96814
PILA'A 400
BERM REMOVAL
SITE, GRADING AND EROSION CONTROL PLAN
Trim: 22"x36"
SHEET C-3 of 4 Sheets
EXHIBIT 1