# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00521BMK |
| CASE NAME: | Limu Coalition v. James H. Pfleuger |
| ATTYS FOR PLA: | Paul H. Achitoff, Isaac H. Moriwake |
| ATTYS FOR DEFT: | Wesley Ching, Noel Wise by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 08/15/2006 | TIME: | 2 - 2;15 |

COURT ACTION:  EP: Status Conference Re Attorneys' Fees and Costs held.
Deadline to file Motion for Attorneys' Fees extended to 9/19/2006.
Achitoff to prepare the stipulation.
Further Status Conference Re Attorneys' Fees and Costs set for 9/12/2006 @ 2:30 p.m., BMK.

Submitted by Richlyn W. Young, courtroom manager