# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/13/06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 02-00521BMK

CASE NAME: Limu Coalition v. Pfleuger

ATTYS FOR PLA: Paul H. Achitoff

ATTYS FOR DEFT: Noel Wise, Wesley Ching

INTERPRETER:

JUDGE: Barry M. Kurren          REPORTER: C6 no record

DATE: 9/13/06                    TIME: 2:45 - 2:50

COURT ACTION: EP: Further Status Conference Re Attorneys' Fees and Costs - parties have entered into an agreement.

Submitted by Richlyn W. Young, courtroom manager