DAVID L. HENKIN            #6876
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org
Attorneys for Citizen Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIMU COALITION; and KILAUEA NEIGHBORHOOD ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILA'A 400, LLC,<br><br>Defendants. | CIVIL NO. 02-00521 BMK |
| UNITED STATES OF AMERICA; and DEPARTMENT OF HEALTH, STATE OF HAWAI'I,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILA'A 400, LLC,<br><br>Defendants. | CIVIL NO. 06-00140 BMK<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS LIMU COALITION AND KILAUEA NEIGHBORHOOD ASSOCIATION'S AND DEFENDANTS' STIPULATION RE: DEADLINE FOR PLAINTIFFS TO SEEK AWARD OF FEES AND COSTS RE: FIRST AMENDED CONSENT DECREE; ORDER |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 30, 2007, a true and correct copy of Plaintiffs Limu Coalition And Kīlauea Neighborhood Association's And Defendants' Stipulation Re: Deadline For Plaintiffs To Seek Award Of Fees And Costs Re: First Amended Consent Decree; Order was served by the methods of service noted below on the following at their last known addresses:

Served electronically through CM/ECF:

    Wesley H.H. Ching    whc@fmhc-law.com
    Attorney for Defendants

    Robert D. Mullaney    robert.mullaney@usdoj.gov
    Thomas A. Helper    Tom.Helper@usdoj.gov
    Attorneys for Plaintiff United States of America

    Lisa M. Ginoza    lisa.m.ginoza@hawaii.gov
    Kathleen S. Ho    kathleen.s.ho@hawaii.gov
    Attorney for Plaintiff State of Hawai'i

Served electronically to email account, by permission:

    Ronald Michioka    ronald.michioka@hawadvocate.com
    Attorney for County of Kaua'i

    Noel Wise    wise@wisegleicher.com
    Attorney for Defendants

DATED: Honolulu, Hawai'i, August 30, 2007.

                                      /s/ David L. Henkin
                                      David L. Henkin
                                      Attorney for Plaintiffs Limu Coalition
                                      and Kīlauea Neighborhood
                                      Association