DAVID L. HENKIN           #6876
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org
Attorneys for Citizen Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIMU COALITION; and KILAUEA NEIGHBORHOOD ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILA'A 400, LLC, <br><br> Defendants. | CIVIL NO. 02-00521 BMK |
| UNITED STATES OF AMERICA; and DEPARTMENT OF HEALTH, STATE OF HAWAI'I, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILA'A 400, LLC, <br><br> Defendants. | CIVIL NO. 06-00140 BMK <br><br> PLAINTIFFS LIMU COALITION AND KILAUEA NEIGHBORHOOD ASSOCIATION'S AND DEFENDANTS' STIPULATION RE: AWARD OF FEES AND COSTS RE: FIRST AMENDED CONSENT DECREE; ORDER |

---

   * Pursuant to Local Rule 10.2(b), please refer to the signature page for the complete list of parties represented.

WHEREAS, on June 27, 2007, the parties filed a Joint Stipulation To Amend Consent Decree ("Joint Stipulation") and lodged a First Amended Consent Decree in United States, et al., v. Pflueger, et al., Civil No. 06-00140 BMK (D. Haw.);

WHEREAS, on August 22, 2007, this Court entered an order approving the First Amended Consent Decree and directing that it shall be entered as a judgment of this Court;

WHEREAS, Plaintiffs Limu Coalition and Kilauea Neighborhood Association ("the Citizens") seek an award of attorneys' fees, costs, and other expenses for work reasonably spent in connection with entry of the Joint Stipulation and First Amended Consent Decree; and

WHEREAS, it is in the interest of the public, the parties, and judicial economy to resolve the Citizens' claim relating to attorneys' fees, costs, and other expenses without further litigation;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE CITIZENS AND DEFENDANTS that:

1. Nothing in this agreement shall be construed or offered in evidence in any proceeding as an admission or concession of any issue of fact or question of law concerning the claims for attorneys' fees, costs, and other expenses settled

under this agreement. This agreement is executed solely for the purpose of compromising and settling the claim for attorneys' fees, costs, and other expenses.

2. Defendants agree to pay to the Citizens the sum of $14,500.00 in full satisfaction of any and all claims against Defendants for attorneys' fees, costs and other expenses related to entry of the Joint Stipulation and First Amended Consent Decree, through and including the date of this stipulation.

3. No later than January 18, 2008, Defendants shall tender to Earthjustice a check in the amount of $14,500.00, payable to "Earthjustice." Payment shall be coordinated with the Citizens' attorney of record: David L. Henkin, Earthjustice, 223 South King Street, Suite 400, Honolulu, Hawai'i 96813.

4. The Citizens agree to accept payment of $14,500.00 in full satisfaction of any and all claims for attorneys' fees, costs and other expenses the Citizens may have acquired against Defendants in connection with entry of the Joint Stipulation and First Amended Consent Decree, through and including the date of this stipulation.

5. If, prior to the termination of the Consent Decree, the Citizens incur additional fees, costs or expenses for work reasonably spent to monitor or enforce compliance with the Consent Decree, pursuant to Paragraph 82.b of the Consent Decree, the Citizens reserve the right to seek future awards of those fees, costs or expenses, and Defendants reserve the right to assert that the Citizens are not

entitled to such fees, costs or other expenses. This Court retains jurisdiction to resolve those matters should they arise.

DATED at Honolulu, Hawaiʻi, October 16, 2007.

> EARTHJUSTICE
> 223 South King Street, Suite 400
> Honolulu, Hawaiʻi 96813

By: /s/ David L. Henkin
David L. Henkin
Attorneys for Plaintiffs Limu Coalition and
Kilauea Neighborhood Association

> FUKUNAGA MATAYOSHI
>   HERSHEY & CHING LLP
> WESLEY H. H. CHING        2896-0
> KATHLEEN M. DOUGLAS   5036-0
> 841 Bishop Street
> 1200 Davies Pacific Center
> Honolulu, Hawaiʻi 96813
> Telephone No.: (808) 533-4300
> Fax No.: (808) 531-7585
> Email: whc@fmhc-law.com

By: /s/ Wesley H.H. Ching
Wesley H.H. Ching
Noel Wise
Attorneys for Defendants James H. Pflueger,
Pflueger Properties, and Pilaʻa 400, LLC

APPROVED AND SO ORDERED.

DATED:

_____
BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE

---

Limu Coalition, et al., v. Pflueger, et al., Civ. No. 02-00521 BMK (D. Haw.);
United States, et al., v. Pflueger, et al., Civ. No. 06-00140 BMK (D. Haw.);
PLAINTIFFS LIMU COALITION AND KILAUEA NEIGHBORHOOD ASSOCIATION'S AND DEFENDANTS' STIPULATION RE: AWARD OF FEES AND COSTS RE: FIRST AMENDED CONSENT DECREE; ORDER