DAVID L. HENKIN          #6876
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org
Attorneys for Citizen Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIMU COALITION; and KILAUEA NEIGHBORHOOD ASSOCIATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILA'A 400, LLC,<br><br>　　　　Defendants.<br>_____<br>UNITED STATES OF AMERICA; and DEPARTMENT OF HEALTH, STATE OF HAWAI'I,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES H. PFLUEGER; PFLUEGER PROPERTIES; and PILA'A 400, LLC,<br><br>　　　　Defendants. | CIVIL NO. 02-00521 BMK<br><br><br><br><br><br><br><br><br><br><br>CIVIL NO. 06-00140 BMK<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS LIMU COALITION AND KILAUEA NEIGHBORHOOD ASSOCIATION'S AND DEFENDANTS' STIPULATION RE: AWARD OF FEES AND COSTS RE: FIRST AMENDED CONSENT DECREE; ORDER |

CERTIFICATE OF SERVICE

I hereby certify that, on October 16, 2007, a true and correct copy of Plaintiffs Limu Coalition And Kīlauea Neighborhood Association's And Defendants' Stipulation Re: Award Of Fees And Costs Re: First Amended Consent Decree; Order was served by the methods of service noted below on the following at their last known addresses:

Served electronically through CM/ECF:

Wesley H.H. Ching       whc@fmhc-law.com
Kathleen M. Douglas     kmd@fmhc-law.com
Attorney for Defendants

Robert D. Mullaney      robert.mullaney@usdoj.gov
Thomas A. Helper        Tom.Helper@usdoj.gov
Attorneys for Plaintiff United States of America

Lisa M. Ginoza          lisa.m.ginoza@hawaii.gov
Kathleen S. Ho          kathleen.s.ho@hawaii.gov
Attorney for Plaintiff State of Hawai'i

Served electronically to email account, by permission:

Ronald Michioka         ronald.michioka@hawadvocate.com
Attorney for County of Kaua'i

Noel Wise               wise@wisegleicher.com
Attorney for Defendants

DATED: Honolulu, Hawai'i, October 16, 2007.

/s/ David L. Henkin
David L. Henkin
Attorney for Plaintiffs Limu Coalition
and Kīlauea Neighborhood
Association

2