ORIGINAL

Of Counsel:
FUKUNAGA MATAYOSHI HERSHEY & CHING

WESLEY H. H. CHING     2896-0
KATHLEEN M. DOUGLAS    5036-0
841 Bishop Street
1200 Davies Pacific Center
Honolulu, Hawai`i 96813
Telephone: (808) 533-4300

WISE GLEICHER

NOEL WISE
2233 Santa Clara Avenue Suite #8
Alameda, California 94501
Telephone: (510)-747-1725

Attorneys for Defendants
JAMES H. PFLUEGER,
PFLUEGER PROPERTIES,
and PILA`A 400, LLC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 23 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LIMU COALITION, a Hawaii non-profit corporation, and KILAUEA NEIGHBORHOOD ASSOCIATION, a Hawaii non-profit corporation,<br><br>          Plaintiffs,<br><br>vs.<br><br>JAMES H. PFLUEGER; PFLUEGER PROPERTIES, a Hawaii limited partnership; and PILA'A 400 LLC, a Hawaii limited liability company,<br><br>          Defendants. | CIVIL NO. 02-00521 SPK BMK<br><br>PARTIAL SATISFACTION OF SETTLEMENT AGREEMENT AND ORDER; EXHIBIT "A"<br><br><br><br>Magistrate Judge Barry M. Kurren |

## PARTIAL SATISFACTION OF SETTLEMENT AGREEMENT AND ORDER

Plaintiffs LIMU COALITION, a Hawaii non-profit corporation, and KILAUEA NEIGHBORHOOD ASSOCIATION, a Hawaii non-profit corporation, by and through their attorneys, EARTHJUSTICE, hereby acknowledge partial satisfaction of the Settlement Agreement and Order filed in the above entitled court and dated June 20, 2006 and attached hereto as Exhibit "A".

Pursuant to the Settlement Agreement and Order, Defendants JAMES H. PFLUEGER; PFLUEGER PROPERTIES, a Hawaii limited partnership; and PILA'A 400 LLC, a Hawaii limited liability company, have timely contributed $135,000.00 to the Hanalei Watershed Hui in full compliance with Paragraphs 3(a)(b)(c) and 4.

Further, as required by Hawaii Revised Statute §636-3, this Partial Satisfaction of Settlement Agreement and Order refers to Document Number 2007-067738 filed with the State of Hawaii Bureau of Conveyances.

DATED: Honolulu, Hawaii  MAY 23, 2008.

_____
DAVID L. HENKIN
EARTHJUSTICE
Attorney for Plaintiffs
LIMU COALITION and KILAUEA
NEIGHBORHOOD ASSOCIATION


_____
WESLEY H. H. CHING
FUKUNAGA MATAYOSHI
HERSHEY & CHING
Attorney for JAMES H. PFLUEGER,
PFLUEGER PROPERTIES, and
PILA'A 400 LLC